IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TIMOTHY MILLWEE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF UTAH DIVISION OF CHILD AND FAMILY SERVICES,<br><br>AMBER WILLIAMS,<br><br>JODI LNU,<br><br>    Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:11-cv-1172-DB-DBP |

  Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on March 4, 2013, recommending:

  (1) Defendants' motion for quashing service of process be found MOOT. (Dkt. No. 5.)

  (2) Plaintiff's motion to release State of Utah be GRANTED. (Dkt. No. 25.)

  (3) DCFS's motion to dismiss be GRANTED. (Dkt. No. 38.)

  (4) Plaintiffs's motion to deny Williams' immunity be DENIED. (Dkt. No. 26.)

  (5) Williams' motion to dismiss be GRANTED. (Dkt. No. 40.)

  (6) Lnu's motion to dismiss be GRANTED. (Dkt. No. 42.)

(7) The remaining motions in the case be found MOOT in light of the dismissal of Plaintiff's complaint. (Dkt. Nos. 10; 21; 22; 30; 32; 33.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Plaintiff filed an objection fourteen days after service of the magistrate judge's report.

Having reviewed all relevant materials, including plaintiff's objection and the reasoning set forth in the magistrate judge's Report and Recommendation, the court ADOPTS the Report and Recommendation as described above.

It is so ordered.

Dated this 20th day of March, 2013.

BY THE COURT

_____

Dee Benson, Judge
United States District Court